UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INDICTMENT

         -v.-                     :     08 Cr.

JOSEPH MORAN, and                       08 CRIM 055
DARIO GRULLON,
                                  :
         Defendants.
                                  :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1.  From in or about early November through November 20, 2007, in the Southern District of New York and elsewhere, JOSEPH MORAN and DARIO GRULLON, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JOSEPH MORAN and DARIO GRULLON, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

## OVERT ACTS

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

 a. On or about November 20, 2007, at approximately 5:15 p.m., JOSEPH MORAN, the defendant, entered a car (the "Car") outside a hotel in the Bronx, New York, to discuss a narcotics transaction with a cooperating witness.

 b. On or about November 20, 2007, at approximately 5:25 p.m., DARIO GRULLON, the defendant, possessed approximately three kilograms of cocaine in the Bronx, New York.

 (Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

 4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JOSEPH MORAN and DARIO GRULLON, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

 5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

 (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____      _____
Foreperson               MICHAEL J. GARCIA
                     United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH MORAN and DARIO GRULLON,

Defendants.

INDICTMENT

08 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____  01/18/08
Foreperson.