

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

March 26, 2008

BY FACSIMILE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re: United States v. Joseph Moran and Dario Grullon
08 Cr. 055 (RPP)

Dear Judge Patterson:

A pre-trial conference in this case is scheduled for Thursday, March 27, 2008. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the March 27, 2008 conference date. Therefore, the parties jointly request that the conference scheduled for March 27, 2008, be adjourned to April 7, 2008, at 2:00 p.m., a date provided by Your Honor's deputy, to allow the parties to continue to work towards a disposition.

If the Court grants this request, then the Government respectfully requests that the Court exclude time from March 27, 2008, until the date set by the Court, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*[Handwritten endorsement:]* Application granted. Time is excluded until 4/7/08 to allow defendants to review discovery and make motions in relation to the charges in the indictment. So ordered. [signature]

Hon. Robert P. Patterson
March 26, 2008
Page 2

possible disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney

                   By: _____
                          Todd Blanche
                          Assistant U.S. Attorney
                          (212) 637-2494
                          (212) 637-2390 (facsimile)

cc:    Henry D. Becker, Esq.
       42 Madison Avenue
       Garnerville, New York 10923
       (by facsimile)

       Steven M. Statsinger, Esq.
       Federal Defender's of New York, Inc.
       52 Duane Street - 10th Floor
       New York, New York 10007
       (by facsimile)

Case:       United States v. Joseph Moran and Dario Grullon
Index No.   08 Cr. 055 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Time is excluded until 4/7/08 to allow defendants to review discovery and make motions in relation to the charges in the indictment.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 3/27/08*